UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024
```

FRANK MILLER,

                          Plaintiff,

          -against-

OSCAR GRUSS & SON, INC.,

                          Defendant.

1:24-cv-00239-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the status conference scheduled for February 13, 2024 at 11:30 AM is ADJOURNED *sine die*.

IT IS FURTHER ORDERED that by close of business today, February 12, 2024, Defendant shall file a letter advising the Court whether it has consented to remand. [*See* ECF No. 8 at 3]. In the event Defendant does not consent to remand, the briefing schedule on Plaintiff's anticipated motion to remand shall be as follows: motion due February 27, 2024; opposition due March 12, 2024; and reply due March 19, 2024.

IT IS FURTHER ORDERED that the deadlines for remaining briefing on Plaintiff's motion for summary judgment are ADJOURNED pending the Court's resolution of any motion to remand. [*See* ECF No. 9].

Any request for extension shall be made by letter filed to ECF no later than 48 hours before the deadline.

**SO ORDERED.**

**Date:  February 12, 2024**
**        New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**